UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EDWARD BURAYE, an individual,

    Plaintiff,

    v.

IRI, INC., a New Jersey Corporation; TAKEDA PHARMACEUTICALS INTERNATIONAL, INC., a Delaware Corporation; TOMAS RIVERA ORTIZ, an individual, and, DOES 1 through 10, inclusive,

    Defendants.

Case No. 2:22-cv-03866 SVW-MARx

[~~PROPOSED~~] ORDER GRANTING STIPULATED PROTECTIVE ORDER

Complaint Filed: April 20, 2022

Trial Date: November 29, 2022

85254226v.1

## <u>ORDER</u>

**GOOD CAUSE APPEARING**, the Court hereby grants the Parties' stipulated Protective Order.

**IT IS SO ORDERED.**

Date: <u>August 11</u>, 2022          BY: _____

Honorable Margo. A. Rocconi
United States Magistrate Judge